IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHANEENA S. HOLLAND-CARTER,** : | |
| : | **CIVIL ACTION** |
| *Plaintiff*, : | |
| : | |
| v. : | |
| : | **NO. 22-3542** |
| **UPMC HEALTH PLAN, INC.,** : | |
| : | |
| *Defendant.* : | |

**ORDER**

**AND NOW**, this 7th day of November, 2024, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 34), Plaintiff's Response (Doc. No. 42), and Defendant's Reply (Doc. No. 48), it is hereby **ORDERED** that the Motion is **GRANTED**. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*_____
**MITCHELL S. GOLDBERG, J.**